

**ORDERED in the Southern District of Florida on August 5, 2015.**

_____

**John K. Olson, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                              Case No. 15-18020-BKC-JKO

SHLOMI GAL LEVI,                                          Chapter 13

      Debtor.

_____/

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY BY BARTOLO CRUZ AND/OR J.H. ZIDELL, P.A.

THIS CAUSE came on before the Court on August 3, 2015 at 1:00 p.m., upon the

Debtor's Motion to Avoid Judicial Lien on Exempt Property by Bartolo Cruz and/or J.H. Zidell,

P.A. (the "Motion"), and the Court, having reviewed the Motion and the file, and being otherwise

duly advised in the premises,

**ORDERS** as follows:

1.      The Motion is GRANTED.

2.      The judicial lien in favor of Bartolo Cruz, which was perfected by virtue of the

recording of a certified copy of an "Order Adopting Report of Magistrate Judge", recorded on

October 8, 2014, in Book 51151, Page 1347, in the Public Records of Broward County, Florida,

is avoided as a judicial lien pursuant to 11 U.S.C. §522(f) and shall be of no force and effect

against the Debtor's homestead real property known as 4955 SW 33 Ave, Fort Lauderdale, FL

33312-7937, having a legal description set forth in the Warranty Deed attached to the Motion as

Exhibit "A".

      3.      This Order cannot be recorded and shall not take effect until the Debtor receives

a discharge in this proceeding.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zshelomith@lslawfirm.net

**Copies furnished to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.