**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**THIRD AMENDED CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Shlomi Gal Levi          CASE NO.: 15-18020-BKC-JKO          Last Four Digits of SS # 9650

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.     $277.41 for months 1 to 5; and
    B.     $546.91 for months 6 to 60, in order to pay the following creditors:

Administrative:     Attorney's Fee - $4,175.00 ($3,500.00 Attorney's Fee + $150.00 costs + $525.00 Motion to Avoid Lien)
                    TOTAL PAID $3,650.00 - Balance Due $525.00 - Payment: $105.00/month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

None in Plan

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]:

Department of the Treasury                    Amount Owed: $8,831.34
Internal Revenue Service                      Payment: $147.19/month (Months 1 to 60)
POB 7317
Philadelphia, PA 19101-7317 (Claim # 2-2)

Unsecured Creditors:     $350.00/month (Months 6 to 60)

Other provisions not included above:

a. All property of the estate shall vest in the debtor(s) upon confirmation of this plan.

b. The Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

c. The Debtor will pay his first mortgage on the real property located at 4955 SW 33 Ave, Fort Lauderdale, FL 33312-7937 directly to Chase Mortgage (Acct # 5450).

d. The Debtor will also pay his homeowner's association payments due on the real property located at 4955 SW 33 Ave, Fort Lauderdale, FL 33312-7937 directly to Oakridge Property Owners' Association, Inc. ("Oakridge") (Claim # 4-1). Specifically, Oakridge filed Claim # 4-1, referencing an arrearage of $655.11. This arrearage will be paid in full, outside of this Plan, as will all association fees arising post-petition, in accordance with applicable non-bankruptcy law.

e. The Debtor will pay his vehicle loan on his 2014 Chevrolet Corvette Coupe 2D Z51 2LT V8 (VIN: 1G1YK2D7XE5104207) directly to Velocity Credit Union (Acct # 04L9) (Claim # 7-1).

f. The Debtor assumes the vehicle lease with BMW Financial Services NA, LLC (Claim # 10-1) on his 2013 BMW 335i Sedan SA (VIN: WBA3A9G57DNP3656), and will make payments to BMW Financial Services NA, LLC directly, outside of this Plan ($577.57 per month), until paid in full.

LF-31

g. As to the alleged secured claim of Bartolo Cruz ("Cruz") (Claim # 5-1), the Debtor filed a motion to avoid the judgment lien in favor of Bartolo Cruz, pursuant to 11 U.S.C. § 522(f), as such lien impairs the Debtor's homestead exemption [ECF No. 15]. On July 17, 2015, the Court entered an Order granting this Motion [ECF No. 49], which avoided this judicial lien and rendered Cruz's claim an unsecured claim.

h. As to the alleged secured claim of J.H. Zidell, P.A. ("Zidell") (Claim # 6-1), the Debtor filed a motion to avoid the judgment lien, pursuant to 11 U.S.C. § 522(f), as such lien impairs the Debtor's homestead exemption [ECF No. 39]. On August 6, 2015, the Court entered an Order granting this Motion [ECF No. 54], which avoided this judicial lien and rendered this claim an unsecured claim, in favor of Cruz.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Zach B. Shelomith
Zach B. Shelomith, Esq.
on behalf of and with knowledge and consent of the Debtor, Shlomi Gal Levi

Date: August 11, 2015

**Leiderman Shelomith, P.A., Zach B. Shelomith, Esq., Fla. Bar No. 0122548, Attorney for Debtor(s), 2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 Tel.: (954) 920-5355 Fax: (954) 920-5371 E-Mail:** zshelomith@lslawfirm.net

LF-31