UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE
SHLOMI GAL LEVI                                              Case No.: 15-18020-JKO
    Debtor
_____

**NOTICE TO WITHDRAW APPERANCE**

Creditor Claims No. 5 and Claim No. 6

PLEASE TAKE NOTICE that Steven C. Fraser is hereby withdrawing his appearance for for Creditors Bartolo Cruz (Claim No. 5) whose address is 1239 NE 163rd Street North Miami Beach, FL  33162 and J. H. Zidell, P.A.(Claim No. 6)  whose address is 300 71st Street, Suite 605 Miami Beach, Florida 33141.  It is hereby requested that all pleadings, documentation and papers be sent directly to Bartolo Cruz and J. H. Zidell, P.A.

Dated December 21, 2016                                    Respectfully submitted,

                                                                 /s/

                                                                 _____
                                                                 Steven C. Fraser, Esq.
                                                                 Steven C. Fraser, P.A
                                                                 P.O. Box 2038
                                                                 Hallandale Beach, Florida 33008
                                                                 (954)458-5007
                                                                  steven.fraser.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2016, I electronically filed the foregoing Motion for Default Final Judgment with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

      __/s/Steven C. Fraser__
      Steven C. Fraser, Esq.
      Steven C. Fraser, P.A
      P.O. Box 2038
      Hallandale Beach, Florida 33008
      (954)458-5007
      steven.fraser.esq@gmail.com

SERVICE LIST

Via Eservice
Zach B. Shelomith
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312

Via Eservice
Robin R. Weiner
POB 559007
Ft. Lauderdale, Florida 33355

Via U.S. Mail
Office of U.S. Trustee

51 S.W. 1st Avenue
Suite 1204
Miami, Florida 33130


Bartolo Cruz
1239 NE 163rd Street
North Miami Beach, FL 33162

J.H. Zidell, PA
300 71st Street, Suite 201
Miami Beach, FL 33141